| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| David T. Moore, § | | |
| Petitioner, § | | |
| § | | |
| v. § | | |
| § | Civil Action H-21-557 |
| Bobby Lumpkin, § | | |
| Director, Texas Department § | | |
| of Criminal Justice, Correctional § | | |
| Institutions Division, § | | |
| Respondent. § | | |

# Order of Adoption

On March 4, 2021, Magistrate Judge Peter Bray recommended that the court dismiss David T. Moore's petition for writ of habeas corpus. (7) Moore filed objections. (16) The court denies Moore's objections and adopts the report and recommendation as its memorandum and opinion. For the reasons stated in the magistrate judge's Order Denying Leave to Amend (18), leave to amend is denied. The court will issue a separate final judgment.

Signed on April __2__, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge